UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRIS BELL | ) | CASE NO.  13-70547-BHL-13 |
| | ) | |
| DEBTOR | ) | |

### VOLUNTARY MOTION TO DISMISS CHAPTER 13 BANKRUPTCY PROCEEDING

  Comes now the Debtor, Chris Bell, by counsel, Britt M. Garnett, and hereby requests that the above-captioned bankruptcy proceeding be dismissed.

  WHEREFORE, the Debtor respectfully requests an order of this Court dismissing the above-captioned bankruptcy proceeding and for all other relief as is just and proper.

        Respectfully submitted,

        /s/ Britt M. Garnett
        Britt M. Garnett #22360-82
        Garnett Law Office
        101 Plaza East Blvd., Suite 310
        Evansville, IN  47715
        Phone (812) 424-2991
        Attorney for Debtor

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2013, a copy of the foregoing Voluntary Motion to Dismiss was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Robert P. Musgrave
evansville@trustee13.com; cmecf@evvchap13.com

  I further certify that on December 10, 2013, a copy of the foregoing Voluntary Motion to Dismiss was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Chris Bell
1200 S. Eighth St.
Boonville, IN  47601

              /s/ Britt M. Garnett
              Britt M. Garnett